## LESSLEY, ET AL. V. COOPER.

### *Assumpsit.*

(Decided April 18, 1907.)

APPEAL from Coosa Circuit Court.

Heard before Hon. A. H. ALSTON.

FELIX L. SMITH, for appellants.

LACKEY, BRIDGES & JONES, for appellee.

SIMPSON, J.—Affirmed on the authority of *Anderson v. Bellinger & Rawls,* 87 Ala. 334.

TYSON, C. J., DOWDELL and ANDERSON, JJ., concur.

---

## LINN V. THE STATE.

### *Assault and Battery.*

(Decided May 16, 1907.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. D. A. GREENE.

No counsel for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

Opinion by TYSON, C. J.

Affirmed.

DOWDELL, SIMPSON and ANDERSON, JJ., concur.

---

## EX PARTE LOUISVILLE & NASHVILLE R. R. CO.

### *Prohibition.*

(Decided May 8, 1907.)

Original Writ in the Supreme Court.

GREGORY L. SMITH, JOHN P. TILLMAN, and GEORGE W. JONES, for petitioner.

PHARES COLEMAN, and S. H. DENT, JR., contra.

Per Curiam.—Writ awarded.